ORDER:
Motion to appear by telephone GRANTED. Conference RESCHEDULED to 11:30 a.m. on July 12, 2010.

John Bryant, USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DISTRICT

| | | |
|---|---|---|
| ANGELA MILLER, | ) | CASE NO: 3:10-cv-383-TJC |
| Plaintiff, | ) | Judge Todd J Campbell |
| vs. | ) | |
| EL CHICO RESTAURANTS of AMERICA, INC., a foreign Corporation, | ) | |
| Defendant. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE FOR CASE MANAGEMENT CONFERENCE, SET FOR JULY 12, 2010 and REQUEST THAT LOCAL COUNSEL FOR PLAINTIFF NOT APPEAR

COMES NOW, Plaintiff, ANGELA MILLER, by and through the undersigned counsel and hereby moves this Honorable Court for telephonic appearance to the Scheduling Conference scheduled for **July 12, 2010 at 10:00 a.m.** before the **Honorable Magistrate Judge Bryant** and Request that Local Counsel for Plaintiff not appear, and as grounds therefore, state as follows:

1. Plaintiff's lead counsel is located in Hollywood, Florida.

2. The undersigned believes that this matter can be resolved without the need for lengthy, costly litigation.

3. Undersigned counsel also believes that it will be unnecessary and wasteful of resources to require Plaintiff's counsel to travel interstate for the Scheduling Conference, or to have Plaintiff's local counsel, whose office is in Memphis, travel to Nashville to appear for the Scheduling Conference.

1